UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDRE HALL,

    Plaintiff,

v.                          Case No: 2:23-cv-66-JES-NPM

THE SALVATION ARMY,

    Defendant.

## ORDER

This matter comes before the Court on review of the file. On April 3, 2023, plaintiff Andre Hall filed a First Amended Complaint. (Doc. #18.) As this is now the operative pleading in the case, defendant The Salvation Army's Motion to Dismiss and Incorporated Memorandum of Law (Doc. #13) will be denied as moot.

Accordingly, it is now

**ORDERED**:

Defendant The Salvation Army's Motion to Dismiss and Incorporated Memorandum of Law (Doc. #13) is **DENIED as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of April, 2023.

_/s/ John E. Steele_
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record

1